### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
#### (Alexandria Division)

| | |
|---|---|
| **Wendall Brown** | : |
| **Burton House** | : |
| **8 Malva Lane** | : |
| **Sandys MA02** | : |
| **Bermuda** | : |
| | : |
| **Plaintiff** | : |
| | : |
| **v.** | : |
| | : |
| **George Gonzalez** | : |
| **1709 Monza Road** | : |
| **McLean, VA 22101** | : |
| | : |
| **And** | : |
| | : |
| **Janet Gonzalez** | : |
| **1709 Monza Road** | : |
| **McLean, VA 22101** | : |



Civil Action No.: *1:13 cv 90*
*LmB /JFA*

## COMPLAINT

The Plaintiff, Wendall Brown, by counsel, sues the defendants, George Gonzalez and

Janet Gonzalez and for cause of action states as follows:

    1.    Plaintiff, Wendall Brown is a citizen of the United Kingdom residing in Bermuda.

    2.    Defendant George Gonzalez is a citizen of the Commonwealth of Virginia,

residing in Fairfax County.

    3.    Defendant Janet Gonzalez is a resident of the Commonwealth of Virginia residing

in Fairfax County.

    4.    Jurisdiction hereof is founded upon 28 U.S.C. § 1332 in that there is complete

diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00.

5.  On or about April 29, 2008, Defendants executed a Promissory Note payable to the Plaintiff in the principal sum of $1,574,000.00. A copy of the Promissory Note is attached hereto as Exhibit A.

6.  The Note became due under its terms on May 29, 2010.

7.  Defendants have failed to pay the amounts due under the Note.

8.  Defendants are indebted to the Plaintiff in the sum of $1,574,000.00, plus interest of $51,105.15 through December 18, 2012, with interest accruing daily at $132.011667. Despite demand the amounts remain outstanding.

WHEREFORE, Wendall Brown demands judgment against George Gonzalez and Janet Gonzalez in the sum of $1,574,000.00, plus interest of $51,105.15 through December 18, 2012, with interest accruing daily at $132.011667 thereafter, plus costs of this action.

Respectfully submitted,

Patrick J. Kearney, Esquire, VSB 32199
Selzer Gurvitch Rabin Wertheimer Polott &
Obecny, P.C.
4416 East West Highway, Suite 400
Bethesda, Maryland 20814
Email: pkearney@sgrwlaw.com
Telephone: 301-986-9600

2