AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| WENDALL BROWN | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:13 cv 90 |
| GEORGE GONZALEZ and JANET GONZALEZ | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

RECEIVED JAN 24 2013 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* George Gonzalez
1709 Monza Road
McLean, VA 22101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Patrick J. Kearney, Esquire, Selzer Gurvitch Rabin Wertheimer Polott & Obecny, PC, 4416 East West Highway, Suite 400, Bethesda, MD 20814

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| WENDALL BROWN<br><br>*Plaintiff(s)*<br>v.<br>GEORGE GONZALEZ and JANET GONZALEZ<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:13cv90<br>)<br>)<br>)<br>)<br>) |

RECEIVED JAN 24 2013 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Janet Gonzalez
1709 Monza Road
McLean, VA 22101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Patrick J. Kearney, Esquire, Selzer Gurvitch Rabin Wertheimer Polott & Obecny, PC, 4416 East West Highway, Suite 400, Bethesda, MD 20814

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

COPY

Date: _____    _____
*Signature of Clerk or Deputy Clerk*